THOMAS FARRELLY, as Temporary Administrator of the Estate of FRANK J. SMITH, an Absentee, Appellant, *v.* THE EMIGRANT INDUSTRIAL SAVINGS BANK et al., Respondents.

*Farrelly* v. *Emigrant Ind. Savings Bank,* 92 App. Div. 529, affirmed.
(Argued October 26, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1904, which affirmed a judgment of Special Term dismissing the complaint.

*Edward F. Brown* for appellant.

*James J. Fitzgerald* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE LEWISOHN, Appellant, *v.* THE COURT OF GENERAL SESSIONS OF THE PEACE IN AND FOR THE COUNTY OF NEW YORK et al., Respondents.

*People ex rel. Lewisohn* v. *Court of General Sessions,* 96 App. Div. 201, affirmed.
(Argued October 27, 1904; decided November 15, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1904, which dismissed a writ of certiorari and affirmed the proceedings of the defendants in punishing the relator for contempt of court in refusing to answer certain questions propounded to him by the grand jury of the county of New York.

*Alfred Lauterbach* and *P. J. Rooney* for appellant.

*William Travers Jerome,* District Attorney (*Howard S. Gans* of counsel), for respondents.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.